# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:10cr158(1) |
| vs. | : | JUDGE WALTER H. RICE |
| ANTWAUN D. BROWN, | : | |
| Defendant. | : | |

## ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon the Court's *Sua Sponte* Order for Appointment of Counsel, the Court appointed a member of the Criminal Justice Act Panel.

IT IS ACCORDINGLY ORDERED that CHARLES SLICER, III, of the CJA Panel for the Southern District of Ohio, is appointed as counsel to represent the Defendant in this case.

January 19, 2018

Walter H. Rice
United States District Judge